UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:07-CR-53-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| MUSHULLA SALEEM NIXON | |

On motion of the Defendant, Mushulla S. Nixon, and for good cause shown, it is hereby ORDERED that the [DE #205] be sealed until further notice by this Court.

IT IS SO ORDER.

This  7th   day of August, 2019.

*Louise V. Flanagan*
LOUISE W. FLANAGAN
United States District Judge